# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE TREE MEDIA SCHOOL DISTRICT,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| v. | : | No. 18-cv-1063 |
| | : | |
| **M.J., by and through her** | : | |
| **Parent and Natural Guardian, M.J.,** | : | |
| **Defendants** | : | |

## ORDER

This 6th day of March, 2018, upon consideration of Defendants' Motion for Judgment on the Administrative Record (ECF No. 15) and Plaintiff's Cross-Motion for Judgment on the Administrative Record (ECF No. 16), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiff's Motion is **DENIED.** Plaintiff shall ensure, without undue delay, Defendants' are provided with an Independent Educational Evaluation at Plaintiff's expense.

                                                              /s/ Gerald Austin McHugh
                                                           United States District Judge